GARY M. RESTAINO
United States Attorney
District of Arizona

GLENN B. McCORMICK
Arizona State Bar No. 013288
Email: glenn.mccormick@usdoj.gov
ALANNA KENNEDY
Arizona State Bar No. 034257
Email: Alanna.Kennedy@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

FILED __ LODGED
__ RECEIVED __ COPY

SEP 0 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ NKS         DEPUTY

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Luis Anthony Corral-Rivera,

Defendant.

No.    CR-22-01144-PHX-SPL (ESW)

**I N D I C T M E N T**

VIO:    18 U.S.C. §§ 371 and 922(a)(6)
(Conspiracy to Make False
Statements in Acquisition of
Firearms)
Count 1

18 U.S.C. § 922(a)(6) and 924(a)(2)
(False Statements in Acquisition of
Firearms)
Counts 2-5

Title 18 U.S.C. §§ 924(d) and 981,
Title 21, U.S.C. § 853, and Title 28,
USC § 2461(c)
(Forfeiture Allegations)

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

**INTRODUCTION**

1.    Federal Firearms Licensees (FFLs) PG, JAJ, and SS were businesses licensed under the provisions of Chapter 44 of Title 18, United States Code. As such, the provisions of Chapter 44 of Title 18 required FFLs PG, JAJ, and SS to maintain certain records of

firearms transactions, including Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473, Firearms Transaction Record. Form 4473 requires a firearms purchaser truthfully to provide certain information, including whether the person making the purchase is the true purchaser of the firearm.

### COUNT 1

2.    The allegations in Introduction paragraph 1 are incorporated as though fully set forth herein.

3.    Beginning on or before September 11, 2017, and continuing to on or about November 15, 2017, in the District of Arizona and elsewhere, LUIS ANTHONY CORRAL-RIVERA, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the grand jury, to knowingly make false statements and representations on ATF Form 4473 in connection with the purchase of firearms from federal firearms licensees, which statements were intended and likely to deceive the federal firearms licensees, as to a fact material to the lawfulness of such sale of the said firearms under chapter 44 of Title 18, in that LUIS ANTHONY CORRAL-RIVERA represented that he was the true purchaser of said firearms, when in truth and in fact, he was buying the firearms on behalf of others, and provided a false address, in violation of Title 18, United States Code, Sections 922(a)(6).

4.    All in violation of Title 18 United States Code, Section 371.

Overt Acts

5.    In furtherance of the conspiracy, and to effect the objects of the conspiracy, the defendants and others performed and caused to be performed, among others, the following overt acts:

6.    Between September 11, 2017, and November 15, 2017, after receiving instructions from another person, LUIS ANTHONY CORRAL-RIVERA purchased four firearms on four occasions from FFLs PG, JAJ, and SS, and during the course of those

- 2 -

purchases both falsely represented that he was the actual purchaser of the firearms and provided a false address on North 10th Avenue in San Luis, Arizona.

### COUNTS 2-5

7.    The allegations in Introduction paragraph 1 are incorporated as though fully set forth herein.

8.    On or about the dates set forth in each count below, in the District of Arizona, LUIS ANTHONY CORRAL-RIVERA knowingly made false statements and representations on ATF Form 4473, in connection with the purchase of the firearms listed in each count below, from the FFLs listed in each count below, which statements were intended and likely to deceive the FFLs, as to a fact material to the lawfulness of such sale of the listed firearms under chapter 44 of Title 18, in that LUIS ANTHONY CORRAL-RIVERA represented that he was the true purchaser of said firearms, when in truth and in fact, he was buying the firearms on behalf of other persons, and provided a false address.

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 2 | September 11, 2017 | PG | Colt 5.56 Serial Number LE567121 |
| 3 | October 31, 2017 | JAJ | Colt 5.56/.223 Serial Number LE556158 |
| 4 | October 31, 2017 | SS | Century Arms AK-47 Serial Number DB-3998-17 |
| 5 | November 15, 2017 | JAJ | Colt 5.56/.223 Serial Number LE601574 |

9.    In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### FORFEITURE ALLEGATIONS

10.    The Grand Jury realleges and incorporates the allegations of Counts 1 through 5 of this Indictment, which are incorporated by reference as though fully set forth herein.

- 3 -

11.    Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 5 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

12.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence,

(b) has been transferred or sold to, or deposited with, a third party,

(c) has been placed beyond the jurisdiction of the court,

(d) has been substantially diminished in value, or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

13.    All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section

- 4 -

2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  September 6, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
GLENN B. McCORMICK
ALANNA R. KENNEDY
Assistant U.S. Attorneys